25-15794

SEARCH WARRANT
FOR
TRACKING DEVICE

STATE OF MICHIGAN   )
                    )SS
COUNTY OF OAKLAND   )

TO THE SHERIFF, OR ANY OFFICER OF STATE OF MICHIGAN, AND ASSISTING TECHNICIANS:

THE ATTACHED AFFIDAVIT having been sworn to by the Affiant, Detective D. Hayes, before me this day, based upon the facts stated therein, probable cause having been found, in the name of the People of the State of Michigan, it is ordered you may install, maintain and remove a mobile tracking device in or on the following described property:

**Blue Ford Taurus, VIN: 1FAFP53U37A115235, Michigan License Plate: 20ACA7**

IT IS FURTHER ORDERED that you may monitor the signals from said tracking device for a period of no longer than 60 days following the issuance of this order;

IT IS FURTHER ORDERED that you may: enter onto private property for the purpose of installing, maintaining and removing said tracking device; you may surreptitiously enter the property or vehicle to effect said installation, maintenance and removal; and you may monitor the signals from the tracking device, including signals produced from inside private buildings, garages and other structures at locations not open to the public or visual surveillance, within the State of Michigan;

IT IS FURTHER ORDERED that the affidavit, pursuant to MCL 780.654(3), is suppressed for the term provided by law or until the person who is being tracked, or the person whose property or object is being tracked, is charged with a crime or named as a claimant in a civil forfeiture proceeding involving evidence tracked;

IT IS FURTHER ORDERED that, because of the nature and purpose of the investigation, service of the warrant and tabulation, as set forth in MCL 780.655(1) shall not be required until criminal charges are issued, a civil forfeiture proceeding is commenced or further order of this Court.

IT IS FURTHER ORDERED, that the tabulations that are filed with the Court under this warrant are suppressed, pursuant to the authority provided in MCL 780.655(2), for the reasons set forth in the attached affidavit, until final disposition of the case or further order of this Court.

25-15794

IT IS FURTHER ORDERED that, pursuant to MCR 8.119(F), the court record of the search warrant is sealed, this Court finding: good cause is present in that the purpose and reason for this warrant will be destroyed by the revelation of the ongoing investigation and tracking of the suspect; the interests of the respective parties and the public have been considered; and there is a no less restrictive means to adequately and effectively protect this interest and the integrity of the investigation.

ISSUED UNDER MY HAND this __9__ day May 2025

*Melissa King*
_____
Judge/Magistrate in and for the
46th District Court,
Oakland County, State of Michigan

25-15794

AFFIDAVIT FOR TRACKING WARRANT
AND MOTION TO SUPPRESS

STATE OF MICHIGAN
IN THE 46th DISTRICT COURT

In re: Matter of the Tracking of:

**Blue Ford Taurus, VIN: 1FAFP53U37A115235, Michigan License Plate: 20ACA7**

Detective D. Hayes, Affiant, being first duly sworn, on oath says:

1) I am a peace officer with the Southfield Police Department and have reason to believe that the person/property described above has been, and will likely continue to be, involved in violation(s) of the criminal laws of this State. Therefore, in furtherance of a criminal investigation, I request authority to install, use, and monitor a tracking device on the person or property described above to determine location [or use and monitor the tracking capabilities of the person or property described above to determine location].

2) Affiant further says that the following constitutes evidence of criminal conduct in violation of the laws of the State of Michigan:

   **Blue Ford Taurus, VIN: 1FAFP53U37A115235, Michigan License Plate: 20ACA7**

3) Affiant further says that the person/property sought to be monitored is presently located in the State of Michigan, or will be located in the State of Michigan at the time the requested warrant is executed.

4) Affiant further says that the person/property is evidence of a violation(s) of the criminal laws of this State based on the following:

   a. The Southfield Police Department has been investigating the driver of the blue Ford Taurus bearing Michigan license plate: 20ACA7 for the past few months on suspicion of distributing/selling narcotics. Sgt. Majewski has seen the driver on numerous occasions and identified him as Phillip Jackson Jr by comparing his SOS photo in LEIN to him. Jackson Jr registers to the same address as the registered owner of the Ford Taurus. Per CLEMIS, Jackson Jr was arrested by Westland PD on 01/18/2024 for selling/manufacturing heroin and crack.

   b. On 05/03/2025, Sgt. Majewski was on patrol when he observed the blue Ford Taurus bearing Michigan license plate: 20ACA7 at the EZ Rest located at 22305 Telegraph Rd, Southfield, MI. Per surveillance footage from the EZ Rest, the blue Ford Taurus pulls into the parking lot at approximately 1204hrs and goes to the back of the complex. The driver does not park in a parking spot, just sits at the back of the complex and stays inside the vehicle. Approximately 1-2 minutes later, an unknown white male exits a second-floor room at the motel and goes to the Ford Taurus and enters the front passenger

    seat of the vehicle. It can be seen that the passenger is moving his hands and arms in the vehicle a lot. Approximately 2 minutes later, the unknown white male exits the vehicle and returns to the room he left from. The Ford Taurus leaves right after the unknown male exits the vehicle. Sgt. Majewski advised during this incident, he observed Jackson Jr to be the driver of the vehicle.

    c. On 05/09/2025, Southfield PD Tactical Crime Suppression Unit (TCSU) was conducting surveillance on the Ford Taurus. During this surveillance, Jackson Jr was identified as the driver of the vehicle. TCSU followed the vehicle to the Red Oak Inn located at, 27660 Northwestern Service Dr, Southfield, MI. While at this location Jackson Jr parked on the east side of the building, but stayed in the vehicle. TCSU Officers observed an unknown subject go up to the passenger window of the vehicle and reach in. The unknown subject walked away a few seconds later and returned to a third-floor room. Jackson Jr then left the Red Oak Inn. Jackson Jr's total time at the Red Oak Inn was approximately 45 seconds.

    d. Based on Officers training and experience, both of these incidents are consistent with hand to hand narcotic sales.

    e. That being able to track the location of the above-mentioned vehicle will assist in the investigation of selling/distributing narcotics.

5) Affiant further says that, in order to track the movement of the aforementioned subject person/property effectively and to decrease the chance of detection, a mobile tracking device in or on the subject vehicle is sought and it may be necessary to enter onto private property in order to install, remove, and maintain said device.

6) Affiant further states that, due to the sensitive nature of this investigation and to prevent detection of the tracking device and law enforcement scrutiny, it may be necessary to install, remove and maintain the tracking device in the nighttime.

7) Affiant further states that the tracking device produces signals from inside private buildings, garages, and other structures or locations not open to the public or visual surveillance and said signals can be monitored by police from a remote site.

WHEREFORE, Affiant respectfully requests that the Court issue an order authorizing members of the Southfield Police Department or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install, maintain, and remove a mobile tracking device in, or on, the subject property or vehicle; to enter onto private property to effect said installation, maintenance, and removal; to surreptitiously enter the property or vehicle to effect said installation, maintenance, and removal; and to monitor the signals from the tracking device, for a period of 60 days following the issuance of the Court's order, including signals produced from inside private buildings, garages and other structures of locations not open to the public or visual surveillance within the State of Michigan.

FURTHER, Affiant states that the installation, maintenance, removal, and monitoring of said tracking device is part of an ongoing undercover investigation and to protect the integrity and purpose of that investigation [or the safety of a victim or witness], suppression of this affidavit is necessary and Affiant respectfully requests that, in accordance with MCL 780.654(3), the Court order the suppression of this affidavit and dispense with the giving of said affidavit to the person

holding the interest in the property searched or entered upon until that person is charged with a crime or named as a claimant in a civil forfeiture proceeding involving evidence seized as a result of the tracking.

FURTHER, Affiant states that the installation, maintenance, and monitoring of said tracking device is part of an ongoing undercover investigation and, to protect the integrity and purpose of the investigation, Affiant respectfully requests that the requirements of MCL 780.655 concerning the giving of a copy of the warrant and tabulation to the person holding the property interest of the premises entered upon or the property upon which the tracking device was placed, or the leaving of said warrant and tabulation at the place of the search or seizure, be delayed until criminal charges are issued, a civil forfeiture proceeding is commenced, or until further order of the Court.

FURTHER, Affiant states that any tabulation that may be filed with the Court is part of an ongoing undercover investigation and, to protect the integrity and purpose of the investigation, said tabulation should be suppressed until the final disposition of the case or further order of the Court, as provided by MCL 780.655(2).

FURTHER, Affiant states that, because of the ongoing undercover investigation and to protect the integrity and purpose of the investigation, the Affiant requests/moves that, pursuant to MCR 8.119(F), the Court find good cause for an order to seal the court record of the search warrant and find that no less restrictive means is adequate to protect the integrity and purpose of the criminal investigation and the safety of the police officers and the community.

*Dylan Hayes 122*
Affiant's Signature
Detective D. Hayes
Southfield Police Department

Subscribed and sworn to before me this __9__ day of May, 2025.

*Melissa King*
Judge/Magistrate in and for the
46th District Court, County of
Oakland, State of Michigan